IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-316-GCM

| | | |
|---|---|---|
| UNION FIRST MARKET BANK, | ) | |
|         Plaintiff, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | ADMISSION PRO HAC VICE |
| DONALD A. BLY, II, | ) | |
|         Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Robert A. Angle,** filed May 24, 2013 [doc.# 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Angle is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Union First Market Bank.

**IT IS SO ORDERED.**

Signed: May 28, 2013

Graham C. Mullen
United States District Judge