# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-CV-316-GCM

| | |
|---|---|
| UNION FIRST MARKET BANK,         )<br>                Plaintiff,         )<br>   v.                                                    )<br>                                )<br>DONALD A. BLY, II,                        )<br>                Defendant.       )<br>                                ) | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Nicholas R. Klaiber,** filed June 28, 2013 [doc.# 16].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Klaiber is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Union First Market Bank.

**IT IS SO ORDERED.**

Signed: July 1, 2013

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge